Certificate Number: 11546-TXN-CC-021316228

11546-TXN-CC-021316228

# CERTIFICATE OF COUNSELING

I CERTIFY that on July 1, 2013, at 2:00 o'clock PM CDT, Rosalinda Leal received from The Mesquite Group, Inc., an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the Northern District of Texas, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by telephone.

Date: July 1, 2013

By: /s/April Horne for Bruni Colom

Name: Bruni Colom

Title: Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).