**B9A (Official Form 9A)** (Chapter 7 Individual or Joint Debtor No Asset Case) (12/12) Case Number **13−43118−rfn7**

UNITED STATES BANKRUPTCY COURT Northern District of Texas

# Notice of
# Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 7/3/13.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

## Creditors −− Do not file this notice in connection with any proof of claim you submit to the court.
## See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Rosalinda Leal
1130 Bear Creek Pkwy
Apt. 2311
Euless, TX 76039

| | |
|---|---|
| Case Number:<br>13−43118−rfn7 | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx−xx−4534 |
| Attorney for Debtor(s) (name and address):<br>Sharon K. Sherman<br>Sherman Law Firm, PC<br>P.O. Box 959<br>Haslet, TX 76052<br>Telephone number: (817) 540−2422 | Bankruptcy Trustee (name and address):<br>Areya Holder<br>Law Office of Areya Holder, P.C.<br>800 W. Airport Freeway Suite 414<br>Irving, TX<br>Telephone number: (972)438−8800 |

## Meeting of Creditors

Date: **August 13, 2013** Time: **02:00 PM**

Location: **Fritz G. Lanham Federal Building, 819 Taylor Street, Room 7A24, Ft. Worth, TX 76102**

## Presumption of Abuse under 11 U.S.C. § 707(b)

*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

## Deadlines:

Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 10/15/13**

## Deadline to Object to Exemptions:

Thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditor with a Foreign Address:

A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>501 W. Tenth Street<br>Fort Worth, TX 76102<br>Telephone number: 817−333−6000 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Tawana C. Marshall |
| Hours Open: Monday − Friday 8:30 AM − 4:30 PM | Date: 7/5/13 |

## EXPLANATIONS

**B9A (Official Form 9A) (12/12)**

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.<br>*Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint −− or a motion if you assert the discharge should be denied under §727(a)(8) or (a)(9) −− in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

Refer to Other Side for Important Deadlines and Notices

United States Bankruptcy Court
Northern District of Texas

In re:
Rosalinda Leal
Debtor

Case No. 13-43118-rfn
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0539-4 User: mmaldino Page 1 of 3 Date Rcvd: Jul 08, 2013
Form ID: b9a Total Noticed: 69

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 10, 2013.

db +Rosalinda Leal, 1130 Bear Creek Pkwy, Apt. 2311, Euless, TX 76039-5222
15564553 +AT & T, CO Afni, Inc., PO Box 3517, Bloomington, IL 61702-3517
15564554 +AT & T Southwest, CO CBCS, PO Box 69, Columbus, OH 43216-0069
15564550 Allcare Foot & Ankle Ctr., 529 Matlock Centre Circle, Arlington, TX 76015
15564551 +Ameri Path Inc., CO National Asset Mgmt LLC, PO Box 840, Moon Twp, PA 15108-0840
15564555 +Attorney General of Texas, Bankruptcy Section, 6100 Western Place, Ste. 405, Ft. Worth, TX 76107-4693
15564556 +Cashmax, 4105 State Hwy 121 No. 602, Bedford, TX 76021-3039
15564558 +Central Park Ent, CO Credit Systems Intl., 1277 Country Club Ln., Ft. Worth, TX 76112-2304
15564559 +Check N Go, 2205 W I-20 No. 400, Grand Prairie, TX 75052-3942
15564560 City of Arlington, Automated Red Light Enforcement, PO Box 742503, Cincinnati, OH 45274-2503
15564562 Crossing Book Club Acct, CO RJM Acquisitions LLC, 575 Underhill Blvd No. 224, Syosset, NY 11791-4437
15564564 +Dept of Education-Nelnet, PO Box 173904, Denver, CO 80217-3904
15564565 +Dept of Justice - Tax Division, 717 N. Harwood, Ste. 400, Dallas, TX 75201-6506
15564566 +Digestive Health Assoc., CO Edward Sloan & Assoc., 1005 W. Broadway St, Apt G, Winnsboro, TX 75494-2063
15564568 EZ Money, 3225 Harwood No. C, Bedford, TX 76021
15564569 +First Cash, CO National Credit Adjusters, PO Box 3023, Hutchinson, KS 67504-3023
15564571 +Gideon Receivables Mgmt. LLC, PO Box 916, Edmond, OK 73083-0916
15564572 +Hadi R. Tajani, MD PA, 1604 Hospital Pkwy, Ste 203, Bedford, TX 76022-6930
15564573 +Harish K. Dhingra MD, 350 Westpark Way, Suite 203, Euless, TX 76040-3737
15564574 Heart Place, CO Frost-Arnett Co., PO Box 198988, Nashville, TN 37219-8988
15564577 IRS-Special Procedures, 1100 Commerce St., Room 9A60, MC5020 DAL, Dallas, TX 75242
15564578 +Jefferson Capital Systems, 16 McLeland, St. Cloud, MN 56303-2198
15564580 Kamran Hamid, MD, CO RS Clark & Assoc., 1299 Opandora Dr. No. 150, Dallas, TX 75238
15564581 +Linebarger Goggan Blair et al, 900 Arion Parkway, Suite 104, San Antonio, TX 78216-2872
15564582 +Loan Shop Online, 2207 concord Pike No. 250, Wilmington, DE 19803-2908
15564583 +Medical Edge Health, CO Credit Systems Intl, 1277 Country Club Lane, Fort Worth, TX 76112-2304
15564584 +Metro Care Home Medical Equip, 1340 Post & Paddock No. 300, Grand Prairie, TX 75050-1257
15564585 +Metropolitan Anesthesia Consultants, CO Financial Control Service, 6801 Sanger Ave, Ste 195, Waco, TX 76710-7804
15564586 +Minute Clinic, PO Box 329, Woonsocket, RI 02895-0781
15564587 +My Cashline.com, CO Corporate Counsel, 2500 Wilcrest No. 201, Houston, TX 77042-2754
15564588 +N. Texas Orthopedics & Sports Medicine, 2535 Ira E. Woods Ave., Grapevine, TX 76051-3930
15564589 +NTHCA Inpatient Care Unit, CO Credit Syst. Intl, PO Box 1088, Arlington, TX 76004-1088
15564591 +Pinnacle Anesthesia Consult., PO Box 650426, Dallas, TX 75265-0426
15564590 Pinnacle Anesthesia Consult., PO Box 650426, Philadelphia, PA 19101
15564592 Radiology Assoc of Tarrant Co., PO Box 1723, Indianapolis, IN 46206-1723
15564593 +Reliant Energy Retail Services, CO NCO Financial Services, PO Box 17205, Wilmington, DE 19850-7205
15564594 +Retail Public Utilities, City of Arlington, CO Windsprint, 2305 Windsprint Way, Arlington, TX 76014-1859
15564595 +Rheumatology Assoc, CO Financial Mgt & Assoc., PO Box 181024, Arlington, TX 76096-1024
15564596 +Right Source Rx, PO Box 745099, Cincinnati, OH 45274-5099
15564598 +Rosalinda Leal, 1130 Bear Creek Pkwy, No. 2311, Euless, TX 76039-5228
15564599 +Sherman Law Firm, P.O. Box 959, Haslet, TX 76052-0959
15564600 +So. Arlington Emergency Med Assoc, Dept 960349, Oklahoma City, OK 73196-0001
15564579 ++TARRANT COUNTY HOSPITAL DISTRICT, ATTN PATIENT FINANCIAL SERVICES, 1400 S MAIN STREET SUITE 300, FORT WORTH TX 76104-4923
(address filed with court: JPS Health Network, PO Box 916046, Fort Worth, TX 76191-6046)
15564607 TXU Energy, P.O. Box 100001, Dallas, TX 75310-0001
15564608 +TXU Gas, PO Box 650654, Dallas, TX 75265
15564603 +Texas Health Harris HEB, 500 Border St. No. 131, Arlington, TX 76010-7463
15564604 The Cash Store, 4045 S. Great SW Pkwy, Grand Prairie, TX 75051
15564605 +Time Warner Cable, CO Convergent Outsourcing, Inc., 800 SW 39th, PO Box 9004, Renton, WA 98057-9004
15564606 +Transworld Sys. Inc., PO Box 15520, Wilmington, DE 19850-5520
15564609 ++++UNITED STATES ATTORNEY, NORTHERN DISTRICT OF TEXAS, 801 CHERRY ST UNIT 4, FORT WORTH TX 76102-6882
(address filed with court: United States Attorney, Northern District of Texas, 801 Cherry Street, Ste. 1700, Fort Worth, TX 76102)
15564611 +UNT Health, PO Box 99335, Ft. Worth, TX 76199-0335
15564613 +US Attorney General, US Dept. of Justice, Rm 4400, 10th & Constitution Ave NW, Washington, DC 20530-0001
15564614 US Dept of Education, PO Box 4222, Iowa City, IA 52244
15564615 +USMD Hospital at Arlington, Joseph Del Principe DO, 801 W. Interstate 20, Arlington, TX 76017-5851

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

aty E-mail/Text: sharonk@shermanlawfirm.us Jul 08 2013 22:33:52 Sharon K. Sherman, Sherman Law Firm, PC, P.O. Box 959, Haslet, TX 76052
tr +EDI: QAHOLDER.COM Jul 08 2013 22:23:00 Areya Holder, Law Office of Areya Holder, P.C., 800 W. Airport Freeway Suite 414, Irving, TX 75062-6207
15564552 EDI: PHINAMERI.COM Jul 08 2013 22:23:00 Americredit, 4001 Embarcadero, Arlington, TX 76014
15564549 +Fax: 864-336-7400 Jul 08 2013 22:53:40 Advance America, 1060 N. Main Street No. 106, Euless, TX 76039-3366
15564557 +E-mail/Text: opsqa_usbankruptcy@cashnetusa.com Jul 08 2013 22:37:13 CashnetUSA.com, 200 W. Jackson Blvd, 14th Floor, Chicago, IL 60606-6929
15564559 +EDI: CHECKNGO.COM Jul 08 2013 22:23:00 Check N Go, 2205 W I-20 No. 400, Grand Prairie, TX 75052-3942
15564561 +E-mail/Text: bankruptcy@bbvacompass.com Jul 08 2013 22:35:44 Compass Bank, PO Box 2210, Decatur, AL 35699-0001
15564567 +E-mail/Text: bknotification@exeterfinance.com Jul 08 2013 22:36:21 Exeter Finance Corp., PO Box 166008, Irving, TX 75016-6008
15564570 +EDI: AMINFOFP.COM Jul 08 2013 22:23:00 First Premier Bank, 601 Minnesota Ave, Sioux Falls, SD 57104-4868
15564563 EDI: IRS.COM Jul 08 2013 22:23:00 Department of the Treasury, Internal Revenue Service, Washington, DC 20224
15564576 EDI: IRS.COM Jul 08 2013 22:23:00 IRS - Special Procedures, 1100 Commerce Street, Room 9A20, 5026 DAL, Dallas, TX 75242
15564575 EDI: IRS.COM Jul 08 2013 22:23:00 Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346
15564597 +EDI: PHINRJMA.COM Jul 08 2013 22:23:00 RJM Acquisitions, LLC, 575 Underhill Blvd., Suite 224, Syossett, NY 11791-4437
15564601 E-mail/Text: amccoy@synerpriseconsulting.com Jul 08 2013 22:38:07 Synerprise Consulting Service, PO Box 957, Shawnee Mission, KS 66201-0957
15564602 EDI: AISTMBL.COM Jul 08 2013 22:23:00 T Mobile, PO Box 660252, Dallas, TX 75266-0252
15564610 +E-mail/Text: ustpregion06.da.ecf@usdoj.gov Jul 08 2013 22:37:32 United States Trustee, 1100 Commerce Street, Room 9C60, Dallas, TX 75242-9998

TOTAL: 16

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

15564612 Unum, PO Box 100158, Columbus, SC 20205

TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 10, 2013** **Signature:** Joseph Speetjens

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 3, 2013 at the address(es) listed below:

Areya Holder aholder@ecf.epiqsystems.com, trustee@holderlawpc.com
Sharon K. Sherman on behalf of Debtor Rosalinda Leal sharonk@shermanlawfirm.us
UST U.S. Trustee ustpregion06.da.ecf@usdoj.gov, albert.loftus@usdoj.gov

TOTAL: 3