Certificate Number: 11546-TXN-DE-021601723

Bankruptcy Case Number: 13-43118



11546-TXN-DE-021601723

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 11, 2013</u>, at <u>3:35</u> o'clock <u>PM CDT</u>, <u>Rosalinda Leal</u> completed a course on personal financial management given <u>by internet</u> by <u>The Mesquite Group, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Northern District of Texas</u>.

Date:   <u>August 11, 2013</u>          By:     <u>/s/April Horne</u>

Name:   <u>April Horne</u>

Title:   <u>Administrator</u>