**B18 (Official Form 18) (12/07)**

# United States Bankruptcy Court

Northern District of Texas

**Case No. 13−43118−rfn7**

**Chapter 7**

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Rosalinda Leal
300 E. Ash #1721
Euless, TX 76039

Social Security / Individual Taxpayer ID No.:
xxx−xx−4534

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

Dated: 10/17/13

Russell F. Nelms
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

# EXPLANATION OF BANKRUPTCY DISCHARGE IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

## Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

## Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

## Debts That are Not Discharged

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Texas

In re:
Rosalinda Leal
Debtor

Case No. 13-43118-rfn
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0539-4 User: admin Page 1 of 2 Date Rcvd: Oct 18, 2013
Form ID: b18 Total Noticed: 69

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 20, 2013.

db +Rosalinda Leal, 300 E. Ash #1721, Euless, TX 76039-2411
15564553 +AT & T, CO Afni, Inc., PO Box 3517, Bloomington, IL 61702-3517
15564554 +AT & T Southwest, CO CBCS, PO Box 69, Columbus, OH 43216-0069
15564550 Allcare Foot & Ankle Ctr., 529 Matlock Centre Circle, Arlington, TX 76015
15564551 +Ameri Path Inc., CO National Asset Mgmt LLC, PO Box 840, Moon Twp, PA 15108-0840
15564555 +Attorney General of Texas, Bankruptcy Section, 6100 Western Place, Ste. 405, Ft. Worth, TX 76107-4693
15564556 +Cashmax, 4105 State Hwy 121 No. 602, Bedford, TX 76021-3039
15564558 +Central Park Ent, CO Credit Systems Intl., 1277 Country Club Ln., Ft. Worth, TX 76112-2304
15564559 +Check N Go, 2205 W I-20 No. 400, Grand Prairie, TX 75052-3942
15564560 City of Arlington, Automated Red Light Enforcement, PO Box 742503, Cincinnati, OH 45274-2503
15564562 Crossing Book Club Acct, CO RJM Acquisitions LLC, 575 Underhill Blvd No. 224, Syosset, NY 11791-4437
15564564 +Dept of Education-Nelnet, PO Box 173904, Denver, CO 80217-3904
15564565 +Dept of Justice - Tax Division, 717 N. Harwood, Ste. 400, Dallas, TX 75201-6506
15564566 +Digestive Health Assoc., CO Edward Sloan & Assoc., 1005 W. Broadway St, Apt G, Winnsboro, TX 75494-2063
15564568 EZ Money, 3225 Harwood No. C, Bedford, TX 76021
15569247 +Exeter Finance Corp., P.O. Box 201347, Arlington, TX 76006-1347
15564569 +First Cash, CO National Credit Adjusters, PO Box 3023, Hutchinson, KS 67504-3023
15564571 +Gideon Receivables Mgmt. LLC, PO Box 916, Edmond, OK 73083-0916
15564572 +Hadi R. Tajani, MD PA, 1604 Hospital Pkwy, Ste 203, Bedford, TX 76022-6930
15564573 +Harish K. Dhingra MD, 350 Westpark Way, Suite 203, Euless, TX 76040-3737
15564574 Heart Place, CO Frost-Arnett Co., PO Box 198988, Nashville, TN 37219-8988
15564577 IRS-Special Procedures, 1100 Commerce St., Room 9A60, MC5020 DAL, Dallas, TX 75242
15564578 +Jefferson Capital Systems, 16 McLeland, St. Cloud, MN 56303-2198
15564580 Kamran Hamid, MD, CO RS Clark & Assoc., 1299 Opandora Dr. No. 150, Dallas, TX 75238
15564581 +Linebarger Goggan Blair et al, 900 Arion Parkway, Suite 104, San Antonio, TX 78216-2872
15564582 +Loan Shop Online, 2207 concord Pike No. 250, Wilmington, DE 19803-2908
15564583 +Medical Edge Health, CO Credit Systems Intl, 1277 Country Club Lane, Fort Worth, TX 76112-2304
15564584 +Metro Care Home Medical Equip, 1340 Post & Paddock No. 300, Grand Prairie, TX 75050-1257
15564585 +Metropolitan Anesthesia Consultants, CO Financial Control Service, 6801 Sanger Ave, Ste 195, Waco, TX 76710-7804
15564586 +Minute Clinic, PO Box 329, Woonsocket, RI 02895-0781
15564587 +My Cashline.com, CO Corporate Counsel, 2500 Wilcrest No. 201, Houston, TX 77042-2752
15564588 +N. Texas Orthopedics & Sports Medicine, 2535 Ira E. Woods Ave., Grapevine, TX 76051-3930
15564589 +NTHCA Inpatient Care Unit, CO Credit Syst. Intl, PO Box 1088, Arlington, TX 76004-1088
15564591 +Pinnacle Anesthesia Consult., PO Box 650426, Dallas, TX 75265-0426
15564590 Pinnacle Anesthesia Consult., PO Box 650426, Philadelphia, PA 19101
15564592 Radiology Assoc of Tarrant Co., PO Box 1723, Indianapolis, IN 46206-1723
15564593 +Reliant Energy Retail Services, CO NCO Financial Services, PO Box 17205, Wilmington, DE 19850-7205
15564594 +Retail Public Utilities, City of Arlington, CO Windsprint, 2305 Windsprint Way, Arlington, TX 76014-1859
15564595 +Rheumatology Assoc, CO Financial Mgt & Assoc., PO Box 181024, Arlington, TX 76096-1024
15564596 +Right Source Rx, PO Box 745099, Cincinnati, OH 45274-5099
15564598 +Rosalinda Leal, 1130 Bear Creek Pkwy, No. 2311, Euless, TX 76039-5228
15564599 +Sherman Law Firm, P.O. Box 959, Haslet, TX 76052-0959
15564600 +So. Arlington Emergency Med Assoc, Dept 960349, Oklahoma City, OK 73196-0001
15564579 ++TARRANT COUNTY HOSPITAL DISTRICT, ATTN PATIENT FINANCIAL SERVICES, 1400 S MAIN STREET SUITE 300, FORT WORTH TX 76104-4923
(address filed with court: JPS Health Network, PO Box 916046, Fort Worth, TX 76191-6046)
15564607 TXU Energy, P.O. Box 100001, Dallas, TX 75310-0001
15564608 +TXU Gas, PO Box 650654, Dallas, TX 75265
15564603 +Texas Health Harris HEB, 500 Border St. No. 131, Arlington, TX 76010-7463
15564604 The Cash Store, 4045 S. Great SW Pkwy, Grand Prairie, TX 75051
15564605 +Time Warner Cable, CO Convergent Outsourcing, Inc., 800 SW 39th, PO Box 9004, Renton, WA 98057-9004
15564609 ++++UNITED STATES ATTORNEY, NORTHERN DISTRICT OF TEXAS, 801 CHERRY ST UNIT 4, FORT WORTH TX 76102-6882
(address filed with court: United States Attorney, Northern District of Texas, 801 Cherry Street, Ste. 1700, Fort Worth, TX 76102)
15564611 +UNT Health, PO Box 99335, Ft. Worth, TX 76199-0335
15564613 +US Attorney General, US Dept. of Justice, Rm 4400, 10th & Constitution Ave NW, Washington, DC 20530-0001
15564614 US Dept of Education, PO Box 4222, Iowa City, IA 52244
15564615 +USMD Hospital at Arlington, Joseph Del Principe DO, 801 W. Interstate 20, Arlington, TX 76017-5851

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

tr +EDI: QAHOLDER.COM Oct 18 2013 22:33:00 Areya Holder, Law Office of Areya Holder, P.C., 800 W. Airport Freeway Suite 414, Irving, TX 75062-6207
15564552 EDI: PHINAMERI.COM Oct 18 2013 22:28:00 Americredit, 4001 Embarcadero, Arlington, TX 76014
15564549 +Fax: 864-336-7400 Oct 19 2013 01:05:43 Advance America, 1060 N. Main Street No. 106, Euless, TX 76039-3366
15564557 +E-mail/Text: opsqa_usbankruptcy@cashnetusa.com Oct 18 2013 22:53:50 CashnetUSA.com, 200 W. Jackson Blvd, 14th Floor, Chicago, IL 60606-6929
15564559 +EDI: CHECKNGO.COM Oct 18 2013 22:33:00 Check N Go, 2205 W I-20 No. 400, Grand Prairie, TX 75052-3942
15564561 +E-mail/Text: bankruptcy@bbvacompass.com Oct 18 2013 22:51:41 Compass Bank, PO Box 2210, Decatur, AL 35699-0001
15564567 +E-mail/Text: bknotification@exeterfinance.com Oct 18 2013 22:52:29 Exeter Finance Corp., PO Box 166008, Irving, TX 75016-6008
15564570 +EDI: AMINFOFP.COM Oct 18 2013 22:28:00 First Premier Bank, 601 Minnesota Ave, Sioux Falls, SD 57104-4868
15564563 EDI: IRS.COM Oct 18 2013 22:33:00 Department of the Treasury, Internal Revenue Service, Washington, DC 20224
15564576 EDI: IRS.COM Oct 18 2013 22:33:00 IRS - Special Procedures, 1100 Commerce Street, Room 9A20, 5026 DAL, Dallas, TX 75242
15564575 EDI: IRS.COM Oct 18 2013 22:33:00 Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346
15564578 +EDI: JEFFERSONCAP.COM Oct 18 2013 22:33:00 Jefferson Capital Systems, 16 McLeland, St. Cloud, MN 56303-2198
15564597 +EDI: PHINRJMA.COM Oct 18 2013 22:28:00 RJM Acquisitions, LLC, 575 Underhill Blvd., Suite 224, Syossett, NY 11791-4437
15564601 E-mail/Text: amccoy@synerpriseconsulting.com Oct 18 2013 22:55:08 Synerprise Consulting Service, PO Box 957, Shawnee Mission, KS 66201-0957
15564602 EDI: AISTMBL.COM Oct 18 2013 22:33:00 T Mobile, PO Box 660252, Dallas, TX 75266-0252
15564606 +E-mail/Text: bankruptcydepartment@ncogroup.com Oct 18 2013 22:55:52 Transworld Sys. Inc., PO Box 15520, Wilmington, DE 19850-5520
15564610 +E-mail/Text: ustpregion06.da.ecf@usdoj.gov Oct 18 2013 22:54:24 United States Trustee, 1100 Commerce Street, Room 9C60, Dallas, TX 75242-9998

TOTAL: 17

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

15564612 Unum, PO Box 100158, Columbus, SC 20205
cr* +Exeter Finance Corp., P.O. BOX 201347, ARLINGTON, TX 76006-1347

TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2013 Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2013 at the address(es) listed below:

Areya Holder aholder@ecf.epiqsystems.com, trustee@holderlawpc.com
Sharon K. Sherman on behalf of Debtor Rosalinda Leal sharonk@shermanlawfirm.us
United States Trustee ustpregion06.da.ecf@usdoj.gov, albert.loftus@usdoj.gov

TOTAL: 3